UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

            Plaintiff,

   v.

JEAN MARIE TRITANT,

           Defendant.

Case No. C23-1234 RAJ

ORDER

Having reviewed Plaintiff Cortez Daundre Jones' application to proceed in forma pauperis ("IFP"), the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the balance of the record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

ORDER - 1

(2) Plaintiff's IFP application (Dkt. # 1) is DENIED. Plaintiff is directed to pay the $402.00 filing fee, or submit a corrected IFP application, within **thirty (30) days** of this Order. If Plaintiff fails to do so, the Clerk is directed to dismiss this action without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 17th day of October, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2